IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LEEVESTER BROWN                                                                    PETITIONER

V.                                                                              NO. 2:09CV164-P-S

UNITED STATES OF AMERICA                                                        RESPONDENT

## FINAL JUDGMENT

This habeas corpus petition was filed pro se on September 23, 2009, pursuant to 28 U.S.C. § 2254. On October 26, 2009, the court directed the Petitioner to complete a P1 form by November 30, 2009, which was provided to him by the Clerk of the Court. The order further warned that "failure to comply" could lead to dismissal of this matter. The Petitioner has failed to comply with the court's directions. Accordingly, the Petitioner has failed to comply with an order of the court within the meaning of Rule 41(b), Federal Rules of Civil Procedure. Therefore, the case must be **DISMISSED** without prejudice.

THIS the 21st day of December, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE